655 A.2d 440

STATE OF NEW JERSEY v. RICHARD STORM.

February 1, 1995.

## ORDER

Leave to appeal is granted.

655 A.2d 440

STATE OF NEW JERSEY v. ABDULLA BASHA.

February 6, 1995.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

655 A.2d 440

STATE OF NEW JERSEY v. FRANK FERTIG.

February 22, 1995.

## ORDER

Leave to appeal is granted.